UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DWAYNE CHARLESTON DOWE,

                Plaintiff,                    Civil Action No.:
                                                                 7:17-cv-09176-CS-LMS

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.                  **ORDER**

-----------------------------------------------------------X

        The Court, having read the memorandum and affirmation of Daniel Berger, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

        **IT IS ORDERED** that attorney's fees in the amount of $23,073.50, which represents 25% of the past due benefits awarded to Plaintiff, be remitted to Daniel Berger, petitioner and counsel for Plaintiff before this Court. Upon receipt of this sum, counsel for Plaintiff is directed to remit the previously awarded Equal Access to Justice Act fees of $6,500.00 to Plaintiff. The Clerk shall terminate Doc. 24

DATED: November 23, 2020

                                                               _____
                                                               Cathy Seibel, U.S.D.J.